UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 09-30 |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| HEATHER CONLEY, | ) | |
| Defendant. | ) | |

Offense charged: Conspiracy to Distribute Cocaine and Heroin

Date of Detention Hearing: Initial appearance, January 28, 2009

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant is charged by Complaint with conspiracy to distribute cocaine and heroin.

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 1

15.13
Rev. 1/91

(2) Defendant does not contest detention. She was not interviewed by Pretrial Services, and her background information is limited. She is apparently currently unemployed and her employment background is not available at this time. She has been under the supervision of both the U.S. Probation Service and the U.S Pretrial Services for a prior offence, during which she tested positive for methamphetamine and cocaine. She is said to self-report marijuana use. Her criminal history includes current supervision by the probation office in this District, with some violations reported by her probation officer. Her criminal history also includes warrant activity for failures to appear and to serve commitment time.

(3) Defendant poses a risk of nonappearance due to a history of failing to comply with court ordered supervision, a history of drug and alcohol use, and a history of failing to appear for court hearings, as well as her current status on probation. She poses a risk of danger due to the nature and circumstances of the charged offenses, her criminal history and history of drug use.

(4) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

01    (3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

   (4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 28th day of January, 2009.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 3

15.13
Rev. 1/91